EL MUNICIPIO DE GUAYNABO, demandante y apelado, *v.*
MANUEL F. ROSSY, demandado y apelante.

No. 3756.—*Visto:* Febrero 4, 1926. *Resuelto:* Febrero 17, 1926.

COSTAS—TASACIÓN—MEMORÁNDUM DE COSTAS—RADICACIÓN—RADICACIÓN PREMA-
TURA.—Procede la eliminación del memorándum de costas cuando éste se ha
radicado antes de ser firme la sentencia (*Empresa Teatral Ponceña et al. v.
Municipio de Ponce,* 30: 539, confirmado).

RESOLUCIÓN de *M. Rodríguez Serra, J.* (Segundo Distrito, San Juan),
ordenando la eliminación de un memorándum de costas. *Con-
firmada.*

*Manuel F. Rossy,* abogado del apelante; *Félix Ochoteco, Jr.,* abo-
gado del apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del
tribunal.

Esta es una apelación contra una resolución de la corte inferior que ordenó eliminar un memorándum de costas por haberse radicado prematuramente. La sentencia que declaró sin lugar una petición de *injunction* e impuso las costas al demandante, se dictó en junio 17, 1925; el 22 del mismo mes se notificó al demandado y el 27, cinco días después, se archivó el memorándum de costas. No esperó, por tanto, el demandado que fuera firme la sentencia, ya que el demandante disponía hasta el 2 de julio de 1925 para apelar. De todos modos cuando el demandante presentó en julio 6, 1925, su moción atacando el memorándum por su radicación prematura, todavía el demandado tuvo tiempo de subsanar su error allanándose y radicando un nuevo memorándum, pues su término para hacerlo no vencía hasta el 12 de julio de 1925. La cuestión planteada es idéntica a la resuelta en el caso de la *Empresa Teatral Ponceña et al.* v. *Municipio de*

*Ponce et al., 30* D.P.R. 539, donde esta Corte Suprema se expresó así: "La demandante tuvo, pues, una amplia oportunidad para corregir su error ya que la cuestión fué abierta y claramente suscitada cuando ni siquiera era firme la sentencia. Ella prefirió seguir actuando· bajo la base del memorándum archivado y tiene que sufrir las consecuencias de sus propios actos." Véase también el caso de *Sanders Philippi, S. en C., v. Viuda de Baigés e hijos,* 32 D.P.R. 856.

Por lo expuesto, *debe confirmarse* la resolución apelada.